UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-2918-EGT

UNITED STATES OF AMERICA

vs.

CHRISTOPHER SINGH,
ALLESSANDRO BOVO, and
JHONATHAN SCHIAVELLO

    **Defendants.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? __ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2019 (Mag. Judge Jared M. Strauss)? __ Yes  X  No

                    Respectfully submitted,

                    ARIANA FAJARDO ORSHAN
                    UNITED STATES ATTORNEY

BY:   */s/ Shane Butland*
       SHANE R. BUTLAND
       Assistant United States Attorney
       Court ID No. A5502525
       99 NE 4th Street 4th Floor
       Miami, FL 33132
       Telephone: (305) 961-9123
       E-Mail: Shane.Butland@usdoj.gov

AO 91 (Rev 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>CHRISTOPHER SINGH, )<br>ALLESSANDRO BOVO, and )<br>JHONATHAN SCHIAVELLO )<br>*Defendant(s)* | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 6, 2020 and June 8, 2020  in the county of  Broward and Miami-Dade  in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Carjacking |
| 18 U.S.C. § 2119(1) | Carjacking |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Fernando Sacasas, ATF   ID 5653
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

Date: 6/12/2020

*Judge's signature*

City and state:   Miami, Florida         Edwin G. Torres, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Fernando Sacasas, being first duly sworn, hereby depose and state the following:

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have served as an ATF Task Force Officer in Miami for approximately 2 ½ years. I have been employed as a law enforcement officer with the Miami-Dade Police Department for approximately 15 years. Currently, I am assigned to the Street Terror Offender Program ("STOP")/High Intensity Drug Trafficking Area ("HIDTA") Task Force. My duties include the investigation of a variety of federal offenses, including crimes such as carjacking, Hobbs Act Robbery, the possession of firearms in furtherance of violent crimes, and drug trafficking offenses.

2. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers who were involved in the investigation. This Affidavit does not represent every fact known about this investigation, but is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint charging CHRISTOPHER SINGH ("SINGH"), ALLESSANDRO BOVO ("BOVO") and JHONATHAN SCHIAVELLO ("SHIAVELLO") with conspiracy to commit carjacking, in violation of Title 18, United States Code, Section 371, and SINGH and BOVO with carjacking, in violation of Title 18, United States Code, Section 2119(1).

## PROBABLE CAUSE

3. On or about June 6, 2020, at approximately 2:26 a.m., an individual with the initials "P.R." reported to the Broward County Sheriff's Office that he was the victim of an armed carjacking. P.R. stated that he parked his 2020 silver Toyota Highlander bearing Florida tag LLGA53 in front of 5541 SW 1th street, Hollywood, Florida. As he walked towards his residence, he observed two masked individuals approach him. One of the individuals, a black male, pointed

1

a black rifle at him and demanded the keys to P.R.'s car and for P.R. to "empty his pockets." P.R. then handed his car keys and wallet to the black male. The other individual, a Hispanic male, pointed a chrome and black handgun at P.R. and said "Get in the car!" at which time the black male and the Hispanic male entered P.R.'s vehicle and fled from the scene.

4. Later that morning, at approximately 4:02 a.m., an individual with the initials "Y.P." reported that he was the victim of an armed carjacking. Y.P. stated that he exited the rear of his residence, located in Hialeah, Florida, at approximately 3:55 a.m., at which time he was attacked in his back yard by two masked individuals. One of the individuals, who was later identified as BOVO, had a black pistol, and the other, a black male, had a rifle. Both individuals ordered Y.P. to the ground at gunpoint and demanded Y.P.'s property. Y.P. handed the two men his car keys and a 9mm pistol. The black male then struck Y.P. in the head with his rifle and fled the scene in Y.P.'s black Infiniti Q50 vehicle bearing Florida tag HSLG03.

5. This incident was captured on video surveillance from Y.P.'s residence and neighboring houses. That video surveillance shows that the masked individuals exited a light colored Honda Civic with a dark/discolored front driver's side quarter panel and approached Y.P.'s residence. The video surveillance also shows the same Honda Civic following Y.P.'s stolen black Infiniti as both vehicles left the area.

6. A review of Sunpass records from later that morning reflect that Y.P.'s black Infiniti was following a Honda Civic on I-95 in Golden Gables, Florida, that matched the Honda Civic in the video surveillance of Y.P.'s neighbors. The license plate of the Honda Civic was IQ3BUP, which is registered to SINGH.

7. Law enforcement observed that Honda Civic parked at 14501 NW 16th Avenue, Miami, Florida. In the yard adjoining that residence, law enforcement observed several individuals

2

stripping vehicles. One of the vehicles being stripped was a light colored Infiniti Q60 coupe, which matched the make and model of a vehicle that was stolen in a carjacking that occurred on or about June 8, 2020 in Broward County.

8. The report from that incident reflects that on or about June 8, 2020, at approximately 6:50 a.m., an individual with the initials "J.O." reported to the Broward County Sheriff's Office that he was the victim of an armed carjacking. J.O. stated that he was approached by three (3) black males in front of 7804 73rd Terrace, Taramac, Florida. Two of those individuals were later identified as BOVO and SCHIAVELLO. One of the individuals struck J.O. in the back of the head, pointed a pistol at J.O.'s face, and told J.O. to get on the ground. The male then began searching J.O.'s person while demanding J.O.'s car keys and money. J.O. further stated that he felt the barrel of a pistol on his head and back. One of the individuals took J.O.'s wallet and car keys from J.O.'s pants pockets. The three individuals then fled in J.O.'s 2017 silver Infiniti Q60 coupe.

9. On or about June 11, 2020, law enforcement officers conducted a traffic stop on that Honda Civic registered to SINGH. Three occupants were inside the vehicle—SINGH was driving, SCHIAVELLO was in the front passenger seat, and an individual named Teddy Oliver Pierre ("Pierre") was in the back passenger seat. Law enforcement observed a pistol in plain view on the rear passenger floor of the vehicle. All three occupants were arrested.

10. Thereafter, SINGH, SCHIAVELLO, and Pierre waived their *Miranda* rights and provided a video-recorded statement to law enforcement officers.

11. SINGH stated that on or about June 6, 2020 and on or about June 8, 2020, he drove BOVO and an unidentified co-defendant in his car looking for individuals to rob. SINGH further stated that on or about June 6, 2020 and on or about June 8, 2020, he drove BOVO and the unidentified co-defendant to the three locations identified above and waited for BOVO and the

3

unidentified co-defendant to steal the victims' cars. SINGH would then follow the stolen car away from the location. SINGH also stated that BOVO and the unidentified co-defendant used imitation pistols to steal the vehicles on or about June 6, 2020, but that the unidentified defendant used the Glock 9mm pistol stolen from a victim on or about June 6, 2020 to commit the vehicle theft on June 8, 2020.

12. SCHIAVELLO stated that he was present while BOVO and an unidentified co-defendant stole a victim's two-door Infiniti "last week." SCHIAVELLO described the stolen vehicle, which matched the silver Infiniti owned by J.O. SCHIAVELLO further admitted to stripping the vehicle for parts, and that SCHIAVELLO was to be paid $400.

13. Pierre stated to law enforcement that an individual named "Alex Bovo" was one of the individuals who participated in the cajackings on or about June 6, 2020 and on or about June 8, 2020. Law enforcement subsequently arrested BOVO.

14. After waiving his *Miranda* rights, BOVO provided a video-recorded statement to law enforcement. In that statement, BOVO stated that on or about June 6, 2020 and in or about June 8, 2020, SINGH, BOVO, SCHIAVELLO and the same unidentified co-defendant identified by SINGH were driving around looking for cars to steal. BOVO identified SINGH as the driver on each date. BOVO admitted to participating in the robbery of the two victims on or about June 6, 2020 while carrying an imitation pistol. BOVO further stated that on or about June 8, 2020, he and SCHIAVELLO were in the back seat of SINGH's car, and the unidentified co-defendant was in the front seat of the car. BOVO said that the unidentified co-defendant was carrying the Glock 9mm pistol stolen from a victim on or about June 6, 2020. BOVO stated that when they arrived at the victim's residence, BOVO observed the unidentified co-defendant strike the victim with the stolen Glock 9mm firearm and take the victim's wallet, while SCHIAVELLO rummaged through

the victim's silver Infiniti. BOVO further stated that he, SCHIAVELLO and the unidentified co-defendant all fled the scene in the victim's car, and split the money contained in the victim's wallet.

14. Based on the foregoing, your Affiant respectfully submits that there exists probable cause to believe that SINGH, BOVO, and SCHIAVELLO committed the offenses of conspiracy to commit carjacking, in violation of Title 18, United States Code, Section 371, and that SINGH and BOVO committed the offense of carjacking, in violation of Title 18, United States Code, Section 2119(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Task Force Officer Fernando Sacasas
Bureau of Alcohol, Tobacco and Firearms

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone this ___ day of June 2020.

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: <u>CHRISTOPHER SINGH</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Shane Butland*
AUSA:   Shane Butland

Last Known Address: <u>7701 NW 10th Street</u>

<u>Pembroke Pines, FL</u>

What Facility: _____

Agent(s): <u>Fernando Sacasas (ATF TFO)</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
1645 Biscayne Boulevard, Suite 310
Miami, FL 33132

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: ALLESSANDRO BOVO

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Shane Butland*
AUSA:   Shane Butland

Last Known Address: 3095 NW 30th Place

Oakland Park, Florida 33311

What Facility: _____

Agent(s): Fernando Sacasas (ATF TFO)
(FBI)   (SECRET SERVICE)   (DEA)   (IRS) (ICE) (**OTHER**)
1645 Biscayne Boulevard, Suite 310
Miami, FL 33132

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JHONATHAN SCHIAVELLO

$50,000 10% BOND
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Shane Butland*

AUSA:   Shane Butland

Last Known Address: 7701 NW 10th Street

Pembroke Pines, FL

What Facility: _____

Agent(s): Fernando Sacasas (ATF TFO)
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE) (**OTHER**)
1645 Biscayne Boulevard, Suite 310
Miami, FL 33132